| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Farm Bureau Property & Casualty Insurance Company<br>Edward G. Parker, Registered Agent<br>5400 University Avenue<br>West Des Moines, IA 50266 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | 7007 3020 0000 4621 5212 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 3020 0000 4621 5212**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 6:45 am on July 05, 2011 in WEST DES MOINES, IA 50266.

Detailed Results:
* **Delivered, July 05, 2011, 6:45 am, WEST DES MOINES, IA 50266**
* **Notice Left, July 02, 2011, 10:58 am, CLIVE, IA 50325**
* **Arrival at Unit, July 02, 2011, 7:18 am, CLIVE, IA 50325**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Track & Confirm**
Enter Label/Receipt Number.

Go >



Site Map  Customer Service  Forms  Gov't Services  Careers  Privacy Policy  Terms of Use  Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

https://trkcnfrm2.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                 7/13/2011

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Farm Bureau Mutual Insurance Company<br>Edward G. Parker, Registered Agent<br>5400 University Avenue<br>West Des Moines, IA 50266 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0000 4621 5045 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case: 1:11-cv-00427-TSB Doc #: 5 Filed: 07/14/11 Page: 4 of 4  PAGEID #: 14



UNITED STATES
POSTAL SERVICE

Home | Help |
Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 3020 0000 4621 5045**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 6:45 am on July 05, 2011 in WEST DES MOINES, IA 50266.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Detailed Results:
- **Delivered, July 05, 2011, 6:45 am, WEST DES MOINES, IA 50266**
- **Notice Left, July 02, 2011, 10:58 am, CLIVE, IA 50325**
- **Arrival at Unit, July 02, 2011, 5:37 am, CLIVE, IA 50325**
- **Processed through Sort Facility, July 01, 2011, 6:47 pm, DES MOINES, IA 50395**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

https://trkcnfrm2.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do     7/13/2011